ACCEPTED
03-15-00369-CR
8116189
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 1:30:49 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00369-CR

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 1:30:49 PM
JEFFREY D. KYLE
Clerk

DACIOUS PARKER
Appellant

V.

THE STATE OF TEXAS,
Appellee

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appeal from the District Court of Travis County, Texas
167th Judicial District
Criminal Action No. D-1-DC-12-600094
Honorable P. David Wahlberg, Judge Presiding

RICHARD D. REED
Lead Counsel for Appellant
316 W. 12th Street
Suite 313
Austin, Texas 78701-1820
Telephone No. 512-322-9443
Email: rick.reed@maverickcounsel.com
State Bar No. 16686100

NO. 03-15-00369-CR

---

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

---

DACIOUS PARKER
Appellant

V.

THE STATE OF TEXAS,
Appellee

---

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

---

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Appellant Dacious Parker, by and through his attorney of record, Richard D. Reed, and, pursuant to the provisions of Rule 10.5(b), Texas Rules of Appellate Procedure, respectfully moves the Court to extend the time to file Appellant's brief. In support of such motion, Appellant would show unto the Court as follows:

I.

The deadline for filing Appellant's brief is December 7, 2015.

II.

Appellant is seeking an extension of thirty days.

## III.

Appellant needs an extension of time to file Appellant's brief because Appellant's counsel has had to spend most of his time during the past thirty days attending to other criminal cases to which he has been judicially appointed or assigned. As a result, Appellant's counsel has not had sufficient time to finish his preparation of Appellant's brief.

## IV.

One previous extension to file Appellant's brief has been sought and granted.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that the Court grant this motion and extend the time for filing Appellant's brief to January 6, 2016.

Respectfully submitted,

_____

RICHARD D. REED
Lead Counsel for Appellant
316 W. 12th Street
Suite 313
Austin, Texas 78701-1820
Telephone No. 512-322-9443
Email: rick.reed@maverickcounsel.com
State Bar No. 16686100

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on this, the seventh, day of December, A.D. 2015, I personally served a copy of the above-and-foregoing Appellant's Second Motion for Extension of Time to File Brief upon Rosemary Lehmberg, District Attorney of Travis County, Texas, whose address is 509 West 11th Street, Suite 1.100, Austin, Texas 78701-2103, by electronically delivering a copy of the said petition to the following email address: rosemary.lehmberg@traviscountytx.gov.

I further hereby certify that on this, the seventh, day of December, A.D. 2015, I personally served a copy of the above-and-foregoing Appellant's Second Motion for Extension of Time to File Brief upon Aurora Salina Perez, Assistant District Attorney of Travis County, Texas, whose address is 509 West 11th Street, Suite 1.100, Austin, Texas 78701-2103, by electronically delivering a copy of the said petition to the following email address: aurora.perez@traviscountytx.gov.

I further hereby certify that on this, the seventh, day of December, A.D. 2015, I personally served a copy of the above-and-foregoing Appellant's Second Motion for Extension of Time to File Brief upon Michael Scott Taliaferro, Assistant District Attorney of Travis County, Texas, whose address is 509 West 11th Street, Suite 1.100, Austin, Texas 78701-2103, by electronically delivering a copy of the said petition to the following email addresses: scott.taliaferro@traviscountytx.gov and appellatetcda@traviscountytx.gov.

I further hereby certify that on this, the seventh, day of December, A.D. 2015, I personally served a copy of the above-and-foregoing Appellant's Second Motion for Extension of Time to File Brief upon Lisa C. McMinn, State Prosecuting Attorney, whose address is 209 West 14th Street, Austin, Texas 78701-1614, by electronically delivering a copy of the said petition to the following email address: lisa.mcminn@spa.texas.gov.

Richard D. Reed